BRIAN C. SHAPIRO
ATTORNEY AT LAW 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712
TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: Rohlfing_office@msn.com

Attorney for plaintiff ENEDINA RUIZ

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEDINA RUIZ,<br><br>　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV 08-00454 (E)<br><br>(~~PROPOSED~~) ORDER |

TO THE HONORABLE CHARLES EICK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismiss the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: 6/16/08                          _____
　　　　　　　　　　　　　　　　　　THE HONORABLE CHARLES EICK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-